FILED by __ RB __

ELECTRONIC

**July 21, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

C.M.A.,                    **08-80811-Civ-ZLOCH/SNOW**

     Plaintiff,

vs.

JEFFREY EPSTEIN and
SARAH KELLEN,

     Defendants.

_____/

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441, 1446, and 1332(a)(1), the defendants, Jeffrey Epstein and Sarah Kellen, hereby remove this action[1] from Palm Beach County Circuit Court to the United States District Court for the Southern District of Florida, and respectfully state as follows:

**1.    This case is within the original jurisdiction of this Court.**

This case is properly removable because it falls within the original jurisdiction of the United States District Court for the Southern District of Florida. *See* 28 U.S.C. § 1332(a)(1) (establishing that federal district courts have original

---

[1]   *C.M.A. v. Epstein et al.*, Case No. 50 2008 CA 005240 XXXX MB (Fla. 15th Cir. Ct. filed Feb. 21, 2008).

jurisdiction over cases where the amount "in controversy [is more than $75,000] . . . and [when the controversy] is between citizens of different states").

### 2.   The amount in controversy in this action exceeds $75,000.

The Complaint contains a generic prayer for relief.[2]  It is clear, however, that the plaintiff seeks more than $75,000 in damages.  This case seeks damages in connection with alleged sexual misconduct.  (Compl. ¶¶ 6–7.)   The Complaint alleges that C.M.A. has "suffered mental anguish, mental pain and suffering, psychic trauma, and a loss of the capacity for the enjoyment of life." (Compl. ¶ 9.)  These are serious allegations.  *Cf., e.g., Woods v. Southwest Airlines, Co.*, 523 F. Supp. 2d 812, 820 (N.D. Ill. 2007) (determining, in the context of diversity jurisdiction, that the $75,000 threshold had been satisfied, and "clearly [surpassed]," based on "the nature of the injuries alleged" in the complaint); *see also Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001) ("When [a] complaint does not claim a specific amount of damages, removal from state court is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement.").

---

[2]  The Complaint seeks damages for "[more than] . . . $15,000." (Compl. ¶ 1.)  This boilerplate is routinely used in Florida pleading practice to trigger application of section 26.012, Florida Statutes, the statute that establishes the jurisdictional amount required for filing in Florida's Circuit Court (as opposed to County Court).

Lewis Tein pl.
ATTORNEYS AT LAW
3059 Grand Avenue, Suite 340, Coconut Grove, Florida 33133

Further, the allegations by this plaintiff are virtually identical to allegations made in four separate civil actions, filed by four different plaintiffs, against Mr. Epstein in federal court.[3]   In each of those actions, the plaintiffs are seeking damages in excess of $50 million - - well over the $75,000 amount-in-controversy requirement for diversity jurisdiction. *See Jane Doe No. 2* at D.E. 1 ¶ 4; *Jane Doe No. 3* at D.E. 1 ¶ 4; *Jane Doe No. 4* at D.E. 1 ¶ 4; *Jane Doe No. 5* at D.E. 1 ¶ 4.

### 3.     There is complete diversity.

Diversity jurisdiction requires complete diversity.   *Carden v. Arkoma Assocs.*, 494 U.S. 185, 187 (1990) ("Since its enactment, we have interpreted the diversity statute to require 'complete diversity' of citizenship." (*citing Strawbridge v. Curtiss,* 7 U.S. (3 Cranch) 267, 267–68 (1806))); s*ee also MacGinnitie v. Hobbs Group, LLC*, 420 F.3d 1234, 1239 (11th Cir. 2005) (stating that "[c]omplete diversity requires that no defendant in a diversity action be a citizen of the same state as any plaintiff").   As demonstrated below, this case satisfies the statutory requirement of complete diversity.

(a)     Plaintiff C.M.A. is a citizen of Florida. (Compl. ¶ 2.)

---

[3]   *See Jane Doe No. 2 v. Jeffrey Epstein,* No. 08-CV-80119-KAM (S.D. Fla. filed Feb. 6, 2008); *Jane Doe No. 3 v. Jeffrey Epstein,* No. 08-CV-80232-KAM (S.D. Fla. filed Mar. 5, 2008); *Jane Doe No. 4 v. Jeffrey Epstein,* No. 08-CV-80380-KAM (S.D. Fla. filed Apr. 14, 2008); *Jane Doe No. 5 v. Jeffrey Epstein*, No. 08-80381-CV-KAM (S.D. Fla. filed Apr. 14. 2008).

3

(b)  While the Complaint suggests that Mr. Epstein might be a citizen of New York or Florida, he is, in fact, a citizen of the U.S. Virgin Islands. (Epstein Aff. Ex. A.)[4]

(c)  Contrary to the allegations in the Complaint, Defendant Sarah Kellen is a citizen of New York, not Florida.  (Kellen Stmt. Ex. B.)

**4.     This Notice satisfies the procedural requirements of 28 U.S.C. § 1446.**

*First*, in accordance with 28 U.S.C. § 1446(b), this Notice is timely.  Only defendant Epstein has been served with process.  Defendant Kellen has not yet been served. *See Hill Dermaceuticals, Inc. v. RX Solutions, United Health Group, Inc.*, No. 6:08-cv-330-Orl-31KRS, 2008 WL 1744794, at *3 (M.D. Fla. Apr. 11, 2008) (concluding that removal petition was timely where it was filed within 30 days after the last defendant was served).

*Second*, in accordance with section 1446(d), defendants have served this Notice of Removal on July 21, 2008.

*Third*, in accordance with section 1446(b), all of the defendants join this Petition and consent to removal.

---

[4] District courts may consider affidavits and other evidence to support removal jurisdiction. *See Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

Lewis Tein PL
ATTORNEYS AT LAW

3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

5.    **The State Court docket has been filed.**

All papers filed in the State Court are attached to this Removal Petition.

### Conclusion

Because this is a civil action between citizens of different states, excluding any fraudulently joined parties, and the amount in controversy exceeds $75,000, exclusive of interests and costs, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

WHEREFORE, the defendants, Jeffrey Epstein and Sarah Kellen, remove this case from Palm Beach Circuit Court to the United States District Court for the Southern District of Florida.

Respectfully submitted,

LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Tel:  305 442 1101
Fax: 305 442 6744

By: _____
GUY A. LEWIS
Fla. Bar No. 623740
lewis@lewistein.com
MICHAEL R. TEIN
Fla. Bar No. 993522
tein@lewistein.com

5

**Lewis Tein** PL
ATTORNEYS AT LAW

ATTERBURY, GOLDBERGER & WEISS, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
Tel.  561 659 8300
Fax. 561 835 8691

By:    Jack A. Goldberger
       Fla. Bar No. 262013
       jgoldberger@agwpa.com

*Attorneys for Defendant Jeffrey Epstein*

BRUCE E. REINHART, P.A.
250 South Australian Avenue
Suite 1400
West Palm Beach, Florida  33401
Tel. 561202 6360
Fax. 561 828 0983

By:    _Uil U. Tei  For_
       Bruce E. Reinhart
       Fla. Bar No. 10762
       BReinhart@brucereinhartlaw.com

*Attorneys for Defendant Sarah Kellen*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served this day,

July 21, 2008, on counsel of record identified on the service list by U.S. Mail.

_Uil U. Tei_

Michael R. Tein

6

## Service List

Richard H. Willits, Esq.
Richard H. Willits, P.A.
2290 10th Avenue North, Suite 404
Lake Worth, Florida  33461
Fax: 561-588-8819
*Counsel for Plaintiff C.M.A.*

**Lewis Tein** PL.
ATTORNEYS AT LAW

3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

# EXHIBIT A

## AFFIDAVIT OF JEFFREY EPSTEIN

I, Jeffrey Epstein, being duly sworn, do depose and state as follows:

1.   My name is Jeffrey Epstein, and I am over 18 years of age and otherwise competent to testify.

2.   I am a citizen and resident of the U.S. Virgin Islands.

3.   My permanent address is in the U.S. Virgin Islands.

FURTHER AFFIANT SAYETH NAUGHT.

JEFFREY EPSTEIN

Sworn before me this _19_ day of July 2008

Notary Public
State of Florida
My commission expires:

NOTARY PUBLIC-STATE OF FLORIDA
Michael R. Tein
Commission # DD581058
Expires: AUG. 03, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

# EXHIBIT B

## STATEMENT OF SARAH KELLEN

I, Sarah Kellen, state as follows, based on my personal knowledge:

    1.    I am over 18 years of age and otherwise competent to testify.

    2.    I am a citizen and resident of New York, New York.

    3.    My permanent address is in New York, New York.

    4.    I have not resided in Florida at any time during the pendency of *Jane Doe v. Jeffrey Epstein*, Case No. 50 2008 CA 00656 XXXX MB AB, including upon the removal of that case to federal court.

PURSUANT TO 28 U.S.C. § 1746, I STATE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: JULY **19**, 2008.

_Sarah Kellen_

SARAH KELLEN

# STATE COURT PLEADINGS

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA.

CASE NO.:

SD 2008 CA 005240 XXXX MB AF

C.M.A.,
    Plaintiff,

vs.

JEFFREY EPSTEIN, and SARAH KELLEN,
    Defendants.
                     /

## COMPLAINT

Plaintiff, C.M.A. sues the Defendants, JEFFREY EPSTEIN and SARAH KELLEN, and alleges:

1.    This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and interest.

2.    At all times material hereto, the Plaintiff, C.M.A. was and is a resident of Palm Beach County, Florida. Plaintiff is a female who is presently twenty-one years old.

3.    The Plaintiff is unsure of the residency of defendant JEFFREY ESPSTEIN, because he has residences in New York, Florida, New Mexico, and also outside of the continental United States.

4.    The defendant, SARAH KELLEN, was a resident of Florida.

## COUNT I

5. Plaintiff incorporates into this count the allegations of paragraphs 1 through 3.

6. On numerous occasions while the Plaintiff was a minor, beginning when she was fourteen, the defendant, JEFFREY EPSTEIN intentionally induced and/or seduced the Plaintiff into performing various acts of lewd and lascivious conduct and/or sexual performances in his presence. These acts all took place at the mansion owned by the defendant JEFFREY EPSTEIN which was located in Palm Beach, Florida.

7. On numerous occasions while the Plaintiff was a minor, the defendant, JEFFREY EPSTEIN performed various acts of lewd and lascivious conduct in the presence of the Plaintiff. These acts all took place at the mansion owned by the defendant JEFFREY EPSTEIN which was located in Palm Beach, Florida.

8. On numerous occasions while the Plaintiff was a minor, the defendant, JEFFREY EPSTEIN touched the Plaintiff's breasts and genitilia. These acts all took place at the mansion owned by the defendant JEFFREY EPSTEIN which was located in Palm Beach, Florida

9. As a result, the Plaintiff suffered mental anguish, mental pain and suffering, psychic trauma, and a loss of the capacity for the enjoyment of life.

WHEREFORE, THE PLAINTIFF DEMANDS JUDGMENT FOR DAMAGES AGAINST JEFFREY EPSTEIN, IN AN AMOUNT IN EXCESS OF FIFTEEN THOUSAND DOLLARS, EXCLUSIVE OF COSTS AND INTEREST, AND FURTHER DEMANDS TRIAL BY JURY.

## COUNT II

10. Plaintiff incorporates into this count the allegations of paragraphs 1 through 4, and paragraphs 6 through 9.

11. For each and every occurrence of sexual abuse of the Plaintiff while she was a minor for which JEFFREY EPSTEIN was responsible, he was aided, assisted, and/or abetted by SARAH KELLEN, who lived at the Palm Beach mansion of JEFFREY EPSTEIN. Said acts included, but were not limited to, the following:

   a. She often called the Plaintiff, when the Plaintiff was a minor, to arrange for the Plaintiff to come to the Palm Beach mansion of JEFFREY EPSTEIN, for the ostensible purpose of providing "massages" to JEFFREY EPSTEIN, when she knew or should have known that Plaintiff had no credentials to provide massage therapy.

   b. She observed the Plaintiff being brought to the Palm Beach mansion of JEFFREY EPSTEIN, when the Plaintiff was a minor, and sometimes escorted the Plaintiff to a room in that mansion where JEFFREY EPSTEIN was waiting, for the ostensible purpose of providing "massages" to JEFFREY EPSTEIN, when she knew or should have known that Plaintiff had no credentials to provide massage therapy.

   c. She sometimes paid the Plaintiff for the "sessions" with JEFFREY EPSTEIN.

   d. She made telephone calls to the Plaintiff, when the Plaintiff was a minor, to arrange for gifts to be sent to the Plaintiff.

   e. She took photographs of the Plaintiff, when the Plaintiff was a minor, which depicted the Plaintiff in the nude. She told the Plaintiff that the pictures were at the request of JEFFREY EPSTEIN, and paid the Plaintiff for posing for the photographs.

12. As a result, the Plaintiff suffered mental anguish, mental pain and suffering, psychic trauma, and a loss of the capacity for the enjoyment of life.

WHEREFORE, THE PLAINTIFF DEMANDS JUDGMENT FOR DAMAGES AGAINST SARAH KELLEN, IN AN AMOUNT IN EXCESS OF FIFTEEN THOUSAND DOLLARS, EXCLUSIVE OF COSTS AND INTEREST AND FURTHER DEMANDS TRIAL BY JURY.

RICHARD H. WILLITS, P.A.
2290 10th Avenue North, Suite 404
Lake Worth, FL 33461
Telephone: (561) 582-7600
FAX: (561) 588-8819

By: _____
RICHARD H. WILLITS
Florida Bar No.: 139888

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

CASE NO.: 2008 CA 005240 XXXX MB AF

JUDGE: _____

C.M.A.,

    Plaintiff,

vs.

JEFFREY EPSTEIN, and SARAH KELLEN,

    Defendants.

_____/

II.  TYPE OF CASE  (Place an X in one box only. If the case fits more than one type of case, select the most definitive.)

**DOMESTIC RELATIONS**

( ) Simplified dissolution
( ) Dissolution
( ) Support -IV-D
( ) Support - Non IV-D
( ) URESA -IV-D
( ) URESA-Non IV-D
( ) Domestic Violence
( ) Other Domestic Relations

**TORTS**

( ) Professional Malpractice
( ) Products Liability
( ) Auto Negligence
( ) Other Negligence

**OTHER CIVIL**

( ) Contracts
( ) Condominium
( ) Real Property/
    Mortgage
    Foreclosure
( ) Eminent
    Domain
(X) Other

III.  Is Jury Trial Demanded in Complaint?
    (X) YES
    ( ) NO

DATE: 2-15-08

RICHARD H. WILLITS, P.A.
2290 10TH Avenue North, Suite 404
Lake Worth, FL 33461
Attorney for Plaintiff
561-582-7600

RICHARD H. WILLITS
Florida Bar #: 139888

IN   THE  CIRCUIT  COURT  OF  THE
FIFTEENTH  JUDICIAL  CIRCUIT,  IN  AND
FOR  PALM  BEACH  COUNTY,  FLORIDA.

CASE NO.:

C.M.A.,
     Plaintiff,

                                **50 2008 CA 005240 XXXX MBAA**

vs.

JEFFREY EPSTEIN, and SARAH KELLEN,
     Defendants.

_____/

## SUMMONS

TO DEFENDANT:   **JEFFREY EPSTEIN**         **9 East 71ˢᵗ Street**
                    **358 El Brillo Way**   or   **New York, NY 10021**
                    **Palm Beach, FL 33480**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

RICHARD H. WILLITS, ESQ.
Plaintiff/Plaintiff's Attorney
2290 10ᵗʰ Avenue North
Suite 404
Lake Worth, Florida 33461
561-582-7600

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on ____FEB 2 5 2008____, 2008

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

CLERK OF THE COURT

(SEAL)

AS DEPUTY CLERK

SHERI PAIGE

## IMPORTANTE

Usted ha sido demandado legalmente.   Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea dque el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser depsojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desen responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuties judiciares ont ete entreprises contre vous, Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est infuffisant pour vous proteger.  Vous etes oblige dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que votre salaire, votre argent, alterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pazs d'avocat, vous pourriez telephoner a un service de reference d'avocat ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IF YOU ARE A PERSON WITH A DISABILITY WHICH NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOUR, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT THE ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER 561-355-2431 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.

SI OU SE YON MOUN KI INFIM, KI BENZWEN NINPOT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS. TANPRI KONTAKTE KOODINATE ADA, NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH, FLORIDA 33401, NIMERO TELEFONN - NAN SE 561-355-2431, RELE DE (2) JOU DE LE OU RESEVWA CITATION; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.

SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD. TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO. POR FAVOR PONGASE EN CONTACTO EL COORDINATR DE LA OFICINA ADMINISTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE 561-355-2431, DENTRO DE LOS DOS (2) PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA CITICION; SI TIENE INCAPACIDAD DEOIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ESTES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POURVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES, SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRAIF DE TRIBUNAL DE PALM BEACH, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH, FLORIDA 33401, NUMERO DE TELEPHONE 561-355-2431 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETE OU SOURDS, APPLEZ 1-800-955-8771.

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA.

CASE NO.: 2008 CA 005240 AF

C.M.A.,
    Plaintiff,

vs.

JEFFREY EPSTEIN, and SARAH KELLEN,
    Defendants.
                                /

## **SUMMONS**

TO DEFENDANT:   **SARAH KELLEN**
                      **358 El Brillo Way**    **or**    9 East 71st Street
                      **Palm Beach, FL 33480**          New York, NY 10021

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

RICHARD H. WILLITS, ESQ.
Plaintiff/Plaintiff's Attorney
2290 10th Avenue North
Suite 404
Lake Worth, Florida 33461
561-582-7600

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on _____ APR 1 7 2008 _____, 2008

SHARON R. BOCK
Clerk & Comptroller

CLERK OF THE COURT

(SEAL)



AS DEPUTY CLERK

MARY MCMILLAN

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera.  Si usted desea dque el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser depsojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuties judiciares ont ete entreprises contre vous, Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est infuffisant pour vous proteger.  Vous etes oblige dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que votre salaire, votre argent, alterieur du tribunal. Il y a d'autres obligations juridiques et vous pourriez requerir les services immediats d'un avocat. Si vous ne connaissez pazs d'avocat, vous pourriez telephoner a un service de reference d'avocat ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

IF YOU ARE A PERSON WITH A DISABILITY WHICH NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOUR, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT THE ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER 561-355-2431 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.

SI OU SE YON MOUN KI INFIM, KI BENZWEN NINPOT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS. TANPRI KONTAKTE KOODINATE ADA, NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH, FLORIDA 33401, NIMERO TELEFONN - NAN SE 561-355-2431, RELE DE (2) JOU DE LE OU RESEVWA CITATION; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.

SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD. TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO. POR FAVOR PONGASE EN CONTACTO EL COORDINATR DE LA OFICINA ADMINSTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE 561-355-2431, DENTRO DE LOS DOS (2)PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA CITICION; SI TIENE INCAPACIDAD DEOIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ESTES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POURVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES. SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRAIF DE TRIBUNAL DE PALM BEACH, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH, FLORIDA 33401, NUMERO DE TELEPHONE 561-355-2431 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETS OU SOURDS, APPLEZ 1-800-955-8771.

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA.

CASE NO.:

C.M.A.,
     Plaintiff,

50 2008 CA 005240 XXXX MB⊕AF

vs.

JEFFREY EPSTEIN, and SARAH KELLEN,
     Defendants.

_____/

## SUMMONS

TO DEFENDANT:   **JEFFREY EPSTEIN**
                **358 El Brillo Way**    **or**    **9 East 71ˢᵗ Street**
                **Palm Beach, FL 33480**        **New York, NY 10021**

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

RICHARD H. WILLITS, ESQ.
Plaintiff/Plaintiff's Attorney
2290 10ᵗʰ Avenue North
Suite 404
Lake Worth, Florida 33461
561-582-7600
FAX 561 588-8819

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named defendant.

DATED on _____ FEB 2 5 2008 _____, 2008

SHARON R. BOCK
Clerk & Comptroller
P.O. Box 4667
West Palm Beach, Florida
33402-4667
CLERK OF THE COURT

(SEAL)

AS DEPUTY CLERK

SHERI PAIGE

## IMPORTANTE

Usted ha sido demandado legalmente.   Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.   Una llamada telefonica no lo protegera.   Si usted desea dque el tribuanl considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser depsojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuties judiciares ont ete entreprises contre vous, Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est infuffisant pour vous proteger.  Vous etes oblige dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que votre salaire, votre argent, alterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pazs d'avocat, vous pourriez telephoner a un service de reference d'avocat ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IF YOU ARE A PERSON WITH A DISABILITY WHICH NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOUR, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT THE ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FL 33401; TELEPHONE NUMBER 561-355-2431 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING/VOICE IMPAIRED, CALL 1-800-955-8771.


SI OU SE YON MOUN KI INFIM, KI BENZWEN NINPOT AKOMODASYON POU KA PATISIPE NAN PWOSE SA-A, OU GEN DWA, SANL PA KOUTEW ANYIN, POU YO BAW KEK SEVIS.  TANPRI KONTAKTE KOODINATE ADA, NAN BIRO ADMINISTRATIF TRIBINAL NAN COTE PALM BEACH, FLORIDA LA, KI NAN 205 NORTH DIXIE HIGHWAY, CHAM 5.2500, WEST PALM BEACH, FLORIDA 33401, NIMERO TELEFONN - NAN SE 561-355-2431, RELE DE (2) JOU DE LE OU RESEVWA CITATION; SI OU BEBE OU BYEN SOUD RELE 1-800-955-8771.


SI UD, ES UNA PERSONA INCAPCITADA QUE NECESITA DE UN SERVICO ESPECIAL PARA PARTICIPAR EN ESTE PROCESO, UD.  TIENE DERECHO A QUE LE PROVEAN CIERTA AYUDA SIN COSTO ALUGNO. POR FAVOR PONGASE EN CONTACTO EL COORDINATR DE LA OFICINA ADMINSTRATIVA DE LA CORTE ADA, SITUADA EN EL 205 NORTH DIXIE HIGHWAY, OFICINA 5.2500, WEST PALM BEACH, FLORIDA 33401, TELEFONE 561-355-2431, DENTRO DE LOS DOS (2) PROXIMOS DIAS HABILES DESPUES DE RECIBIR ESTA CITICION; SI TIENE INCAPACIDAD DEOIR O HABLAR LLAME AL 1-800-955-8771.

SI VOUS ESTES INFIRME, ET EN BESOIN DE NIMPORTE ACCOMMODATION POUR POURVOIR PARTICIPER A CES PROCEDURES, VOUS POUVEZ GRATUITEMENT RECEVOIR, CERTAIN SERVICES. SIL-VOUS-PLAIT CONTACTEZ LE COORDINATEUR DU BUREAU ADMINISTRAIF DE TRIBUNAL DE PALM BEACH, LE TRIBUNAL SE TROUVE A 205 NORTH DIXIE HIGHWAY, CHAMBRE 5.2500, WEST PALM BEACH, FLORIDA 33401, NUMERO DE TELEPHONE 561-355-2431 DURANT DEUX (2) JOURS SUIVANT LA RECEPTION DE CITATION; SI VOUS ETES MUETS OU SOURDS, APPLEZ 1-800-955-8771.

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA.

CASE NO.:

**52008 CA 005240 XXXX MB**

C.M.A.,
    Plaintiff,

vs.

JEFFREY EPSTEIN, and SARAH KELLEN,
    Defendants.

_____/

RECEIVED FOR FILING COPY
FEB 21 2008
SHARON R. BOCK
CLERK & COMPTROLLER
CIRCUIT CIVIL DIVISION

## COMPLAINT

Plaintiff, C.M.A. sues the Defendants, JEFFREY EPSTEIN and SARAH KELLEN, and alleges:

1.     This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and interest.

2.     At all times material hereto, the Plaintiff, C.M.A. was and is a resident of Palm Beach County, Florida. Plaintiff is a female who is presently twenty-one years old.

3.     The Plaintiff is unsure of the residency of defendant JEFFREY ESPSTEIN, because he has residences in New York, Florida, New Mexico, and also outside of the continental United States.

4.     The defendant, SARAH KELLEN, was a resident of Florida.

## COUNT I

5.      Plaintiff incorporates into this count the allegations of paragraphs 1 through 3.

6.      On numerous occasions while the Plaintiff was a minor, beginning when she was fourteen, the defendant, JEFFREY EPSTEIN intentionally induced and/or seduced the Plaintiff into performing various acts of lewd and lascivious conduct and/or sexual performances in his presence. These acts all took place at the mansion owned by the defendant JEFFREY EPSTEIN which was located in Palm Beach, Florida.

7.      On numerous occasions while the Plaintiff was a minor, the defendant, JEFFREY EPSTEIN performed various acts of lewd and lascivious conduct in the presence of the Plaintiff. These acts all took place at the mansion owned by the defendant JEFFREY EPSTEIN which was located in Palm Beach, Florida.

8.      On numerous occasions while the Plaintiff was a minor, the defendant, JEFFREY EPSTEIN touched the Plaintiff's breasts and genitilia. These acts all took place at the mansion owned by the defendant JEFFREY EPSTEIN which was located in Palm Beach, Florida

9.      As a result, the Plaintiff suffered mental anguish, mental pain and suffering, psychic trauma, and a loss of the capacity for the enjoyment of life.

**WHEREFORE, THE PLAINTIFF DEMANDS JUDGMENT FOR DAMAGES AGAINST JEFFREY EPSTEIN, IN AN AMOUNT IN EXCESS OF FIFTEEN THOUSAND DOLLARS, EXCLUSIVE OF COSTS AND INTEREST, AND FURTHER DEMANDS TRIAL BY JURY.**

## COUNT II

10.     Plaintiff incorporates into this count the allegations of paragraphs 1 through 4, and paragraphs 6 through 9.

11.  For each and every occurrence of sexual abuse of the Plaintiff while she was a minor for which JEFFREY EPSTEIN was responsible, he was aided, assisted, and/or abetted by SARAH KELLEN, who lived at the Palm Beach mansion of JEFFREY EPSTEIN. Said acts included, but were not limited to, the following:

a.  She often called the Plaintiff, when the Plaintiff was a minor, to arrange for the Plaintiff to come to the Palm Beach mansion of JEFFREY EPSTEIN, for the ostensible purpose of providing "massages" to JEFFREY EPSTEIN, when she knew or should have known that Plaintiff had no credentials to provide massage therapy.

b.  She observed the Plaintiff being brought to the Palm Beach mansion of JEFFREY EPSTEIN, when the Plaintiff was a minor, and sometimes escorted the Plaintiff to a room in that mansion where JEFFREY EPSTEIN was waiting, for the ostensible purpose of providing "massages" to JEFFREY EPSTEIN, when she knew or should have known that Plaintiff had no credentials to provide massage therapy.

c.  She sometimes paid the Plaintiff for the "sessions" with JEFFREY EPSTEIN.

d.  She made telephone calls to the Plaintiff, when the Plaintiff was a minor, to arrange for gifts to be sent to the Plaintiff.

e.  She took photographs of the Plaintiff, when the Plaintiff was a minor, which depicted the Plaintiff in the nude. She told the Plaintiff that the pictures were at the request of JEFFREY EPSTEIN, and paid the Plaintiff for posing for the photographs.

12.  As a result, the Plaintiff suffered mental anguish, mental pain and suffering, psychic trauma, and a loss of the capacity for the enjoyment of life.

**WHEREFORE, THE PLAINTIFF DEMANDS JUDGMENT FOR DAMAGES AGAINST SARAH KELLEN, IN AN AMOUNT IN EXCESS OF FIFTEEN THOUSAND DOLLARS, EXCLUSIVE OF COSTS AND INTEREST AND FURTHER DEMANDS TRIAL BY JURY.**

RICHARD H. WILLITS, P.A.
2290 10th Avenue North, Suite 404
Lake Worth, FL 33461
Telephone: (561) 582-7600
FAX: (561) 588-8819

By: _____
RICHARD H. WILLITS
Florida Bar No.: 139888

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA.

CASE NO.: 502008CA005240XXXXMB

C.M.A.,
    Plaintiff,

vs.

JEFFREY EPSTEIN, and SARAH KELLEN,
    Defendants.

SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT CIVIL 3

08 JUL -2

FILED

## AFFIDAVIT OF IMPROPER SERVICE

COMES NOW ERIC LAMAZARES, who after first being duly sworn, deposes and says:

1. He is over the age of 21 and is otherwise competent to testify

2. He has personal knowledge of the facts contained herein.

3. He personally obtained service of process upon the defendant Jeffrey Epstein by posting the process on his residence.

4. Because of the type of service, the undersigned is of the opinion that it may be improper. The attorney for the plaintiff does not concede the issue, but is concerned that the defendant Jeffrey Epstein will contest the validity of that manner of service of process, and that it may be found improper.

5. The defendant Jeffrey Epstein is presently incarcerated in the Palm Beach County Stockade.

6. The attorney for the plaintiff desires personal service on Jeffrey Epstein while he is in the Palm Beach County Stockade.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Signature

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this __2nd__ day of July, 2008, by Margaret Matney.


_____
Signature of Notary-State of Florida

```
NOTARY PUBLIC-STATE OF FLORIDA
     Margaret Matney
     Commission # DD369285
     Expires: NOV. 04, 2008
Bonded Thru Atlantic Bonding Co., Inc.
```

Commission Stamp:

Personally Known ____ OR Produced Identification _✓_

Type of identification produced __FL DL__

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)  **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

C.M.A.

**DEFENDANTS**

EPSTEIN, JEFFREY
KELLEN, SARAH

**(b)** County of Residence of First Listed Plaintiff  PALM BEACH COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

RICHARD H. WILLITS, P.A.
2290 10TH AVENUE NORTH, SUITE 404
LAKE WORTH, FL  33461

Attorneys (If Known)

SEE ATTACHED

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☑ 2  U.S. Government Defendant
☑ 4  Diversity (Indicate Citizenship of Parties in Item III)

O8CV80811  WJZ/LSS

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☑ NO     b) Related Cases ☑ YES ☐ NO

JUDGE  MARRA     DOCKET NUMBER

08-80119,  08-80232,
08-80380,  08-80381
08-80736

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

REMOVAL FROM STATE COURT     28 USC 1332 (Diversity)

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
s/

DATE
July 21, 2008

FOR OFFICE USE ONLY

AMOUNT  350 00    RECEIPT #    IFP

FILED
ELECTRONIC

**July 21, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## **ATTACHMENT**

### DEFENDANTS' ATTORNEYS

<u>Defendant Jeffrey Epstein</u>

Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401


Lewis Tein, P.L.
3509 Grand Avenue, Suite 340
Coconut Grove, Florida 33133


<u>Defendant Sarah Kellen</u>

Bruce Reinhart, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401