UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80811-CIV-ZLOCH/SNOW

C.M.A.,

    Plaintiff,

vs.

JEFFREY EPSTEIN and SARAH
KELLEN,

    Defendants.

_____/

Sealed

FILED by _____ D.C.

JUL 2 5 2008

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA. MIAMI

# FILED UNDER SEAL

## DEFENDANTS' MOTION TO FILE UNDER SEAL

**Lewis Tein** PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

CASE NO.: 08-80811-CIV-ZLOCH/SNOW

Pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Southern District of Florida, defendants Jeffrey Epstein and Sarah Kellen hereby move to file their motion for stay, as well as this motion, under seal, stating as follows:

1.     In their motion for stay, defendants Jeffrey Epstein and Sarah Kellen refer to a confidential agreement between the United States Attorney's Office for the Southern District of Florida and Jeffrey Epstein.

2.     The information contained in the confidential agreement is material to this Court's consideration of the defendants' motion for stay.

3.     To avoid disclosure of confidential material, the defendants request leave to file their motion for stay, and this motion, under seal.

4.     The undersigned are authorized to represent that defendant Sarah Kellen joins in this motion.

WHEREFORE, defendants Jeffrey Epstein and Sarah Kellen respectfully request leave to file this motion and their motion for stay, under seal.

Respectfully submitted,

LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Tel:  305 442 1101
Fax: 305 442 6744

2

CASE NO.: 08-80811-CIV-ZLOCH/SNOW

By: _____

GUY A. LEWIS
Fla. Bar No. 623740
lewis@lewistein.com
MICHAEL R. TEIN
Fla. Bar No. 993522
tein@lewistein.com

ATTERBURY, GOLDBERGER & WEISS, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
Tel.  561 659 8300
Fax. 561 835 8691

By:    Jack A. Goldberger
       Fla. Bar No. 262013
       jgoldberger@agwpa.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel has conferred in good faith with counsel for the plaintiff, who opposes the relief requested in this motion.



_____
Michael R. Tein

Lewis Tein PL
ATTORNEYS AT LAW
3059 GRAND AVENUE, SUITE 340, COCONUT GROVE, FLORIDA 33133

CASE NO.: 08-80811-CIV-ZLOCH/SNOW

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing document is being served this day,

July 25, 2008, on counsel of record identified on the service list by U.S. Mail.



Michael R. Tein

## <u>Service List</u>

Richard H. Willits, Esq.
Richard H. Willits, P.A.
2290 10th Avenue North, Suite 404
Lake Worth, Florida 33461
Fax: 561-588-8819
*Counsel for Plaintiff C.M.A.*

Bruce E. Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 South Australian Avenue
Suite 1400
West Palm Beach, Florida 33401
Tel. 561-202-6360
Fax. 561-828-0983
*Counsel for Defendant Sarah Kellen*

4