UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV-80811-MARRA/JOHNSON

C.M. A.,

        Plaintiff,

v.

JEFFREY EPSTEIN and SARAH KELLEN,

        Defendants,
_____/

## DEFENDANT, JEFFREY EPSTEIN'S, EXPERT WITNESS DISCLOSURE

COMES NOW the Defendant, JEFFREY EPSTEIN, by and through the undersigned attorneys, and hereby files his Expert Witness Disclosure in compliance with the Amended Order Setting Trial Date & Re-Setting Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge (DE 43), dated February 10, 2009, as follows:

1. Richard C.W. Hall, MD
   2500 West Lake Mary, Blvd.
   Suite #219
   Lake Mary, FL 32746
   Tel: (407) 322-8199

2. Ryan C.W. Hall, MD
   2500 West Lake Mary, Blvd.
   Suite #219
   Lake Mary, FL 32746
   Tel: (407) 322-8199

C.M.A. v. Epstein, et al.
Page 2

Drs. Hall are psychology experts. A copy of their curriculum vitae(s) are attached hereto as Exhibits A and B. Dr. Richard Hall will testify at trial. His facts and opinions are detailed in his Independent Medial Examination Report provided to Plaintiff's counsel on December 4, 2009.

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this 7th of December, 2009.

Richard Horace Willits, Esq.
Richard H. Willits, P.A.
2290 10th Avenue North
Suite 404
Lake Worth, FL 33461
561-582-7600
Fax: 561-588-8819
*Counsel for Plaintiff C.M.A.*
reelrhw@hotmail.com

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, FL 33401-5012
561-659-8300
Fax: 561-835-8691
jagesq@bellsouth.net
*Counsel for Defendant Jeffrey Epstein*

Jack Scarola, Esq.
Jack P. Hill, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561-686-6300
Fax: 561-383-9424
jsx@searcylaw.com
jph@searcylaw.com
*Co-Counsel for Plaintiff*

Bruce Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 S. Australian Avenue
Suite 1400
West Palm Beach, FL 33401
561-202-6360
Fax: 561-828-0983
ecf@brucereinhartlaw.com
*Counsel for Defendant Sarah Kellen*

C.M.A. v. Epstein, et al.
Page 3

                                        Respectfully submitted,

                                        By: /s/ Michael J. Pike
                                        ROBERT D. CRITTON, JR., ESQ.
                                        Florida Bar No. 224162
                                        rcrit@bclclaw.com
                                        MICHAEL J. PIKE, ESQ.
                                        Florida Bar #617296
                                        mpike@bclclaw.com
                                        BURMAN, CRITTON, LUTTIER & COLEMAN
                                        515 N. Flagler Drive, Suite 400
                                        West Palm Beach, FL 33401
                                        561/842-2820 Phone
                                        561/515-3148 Fax
                                        *(Counsel for Defendant Jeffrey Epstein)*