UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV-80811-MARRA/JOHNSON

CAROLYN MARGARENT ANDRIANO,

        Plaintiff,

v.

JEFFREY EPSTEIN and SARAH KELLEN,

        Defendants.
_____/

## JOINT NOTICE OF RESOLUTION/SETTLEMENT

Plaintiff, CAROLYN MARGARET ANDRIANO, and Defendant(s), JEFFREY EPSTEIN and SARAH KELLEN, jointly give Notice to the Court that the Parties have resolved the above-styled action. The Parties further stipulate that all pending Motions are moot and no further Court action is required. The Parties are in the process of finalizing the settlement and will file a Stipulation of Dismissal with Prejudice and Proposed Order upon completing all documents related to the agreed resolution/settlement.

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following Service List in the manner specified by CM/ECF on this 18th day of December, 2009

Richard Horace Willits, Esq.
Richard H. Willits, P.A.
2290 10th Avenue North
Suite 404

Jack Alan Goldberger, Esq.
Atterbury Goldberger & Weiss, P.A.
250 Australian Avenue South
Suite 1400

C.M.A. v. Epstein, et al.
Page 2

Lake Worth, FL 33461
561-582-7600
Fax: 561-588-8819
Counsel for Plaintiff C.M.A.
reelrhw@hotmail.com

West Palm Beach, FL 33401-5012
561-659-8300
Fax: 561-835-8691
jagesq@bellsouth.net
Counsel for Defendant Jeffrey Epstein

Jack Scarola, Esq.
Jack P. Hill, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561-686-6300
Fax: 561-383-9424
jsx@searcylaw.com
jph@searcylaw.com
Co-Counsel for Plaintiff

Bruce Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 S. Australian Avenue
Suite 1400
West Palm Beach, FL 33401
561-202-6360
Fax: 561-828-0983
ecf@brucereinhartlaw.com
Counsel for Defendant Sarah Kellen

Respectfully submitted,

By: /s/ Robert D. Critton, Jr.
ROBERT D. CRITTON, JR., ESQ.
Florida Bar No. 224162
rcrit@bclclaw.com
MICHAEL J. PIKE, ESQ.
Florida Bar #617296
mpike@bclclaw.com
BURMAN, CRITTON, LUTTIER & COLEMAN
515 N. Flagler Drive, Suite 400
West Palm Beach, FL 33401
561/842-2820 Phone
561/515-3148 Fax
(Counsel for Defendant Jeffrey Epstein)