# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 08-CIV-80811-MARRA/JOHNSON

CAROLYN MARGARET ANDRIANO

    Plaintiff,

v.

JEFFREY EPSTEIN and SARAH
KELLEN,

    Defendants,

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CAROLYN MARGARET ANDRIANO, and Defendant(s), JEFFREY

EPSTEIN and SARAH KELLEN, (collectively, "Parties"), by and through their undersigned

counsel and pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate

to the dismissal of this action with prejudice.  The Parties further stipulate that the Court shall

retain jurisdiction to enforce the terms of the Parties' settlement.

Dated this 22nd day of ~~December, 2009~~ January, 2010.

                 Respectfully submitted,

By: _____  By: _____
Richard Horace Willits, Esq.    Robert D. Critton, Jr., Esq.
Richard H. Willits, P.A.      Burman Critton Luttier & Coleman, LLC
2290 10th Avenue North      303 Banyan Blvd., Suite #400
Suite 404          West Palm Beach, FL  33401
Lake Worth, FL 33461      561-842-2820
561-582-7600        Fax:  561-515-3148
Fax: 561-588-8819       *Counsel for Defendant Jeffrey Epstein*
*Counsel for Plaintiff C.M.A.*    rcrit@bclclaw.com
reelrhw@hotmail.com

C.M.A. v. Epstein, et al.
Page 2

By: _____
Jack Scarola, Esq.
Jack P. Hill, Esq.
Searcy Denney Scarola Barnhart & Shipley,
P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
561-686-6300
Fax: 561-383-9424
jsx@searcylaw.com
jph@searcylaw.com
*Co-Counsel for Plaintiff*

By: _____
Bruce E. Reinhart, Esq.
Bruce Reinhart, P.A.
250 Australian Avenue South
Suite #1400
West Palm Beach, FL 33401
561-202-6360
Fax: 561-828-0983
breinhart@brucereinhartlaw.com
*Counsel for Defendant Sarah Kellen*